IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSSELINE CAZUN-MENENDEZ, <br> Plaintiff, | § <br> § <br> § | |
| v. | § | No. 3:21-cv-01233-N (BT) |
| | § | |
| UNITED STATES OF AMERICA, <br> Defendant. | § <br> § <br> § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 2, 2021, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 6th day of August, 2021.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE